IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

CASE NO.:  6:18-CV-00595-ORL-40TBS

STUART BLANKENSHIP,

     Plaintiff,

v.

INNOVATE       LOAN       SERVICING
CORPORATION,

     Defendants.

_____/

**DEFENDANT'S AGREED MOTION FOR EXTENSION
OF TIME TO SERVE RESPONSE TO COMPLAINT**

Defendant, Innovate Loan Servicing Corporation ("Innovate"), by and through its undersigned counsel and pursuant to Rule 6(b)(1)(A) of the *Federal Rules of Civil Procedure*, moves the Court for entry of an order extending the deadline for Innovate to serve a response to the Complaint and Demand for Jury Trial filed by Plaintiff, Stuart Blankenship ("Blankenship"), and as grounds in support states:

1.     This is an action for alleged violations of the Telephone Consumer Protection Act under 47 U.S.C. § 227, *et. seq*. and the Florida Consumer Collection Practices Act under *Fla. Stat*. § 559, *et. seq.*

2.     On April 16, 2018, Blankenship filed his Complaint and Demand for Jury Trial ("Complaint") (Doc. 1).

3.     On April 20, 2018, Blankenship purportedly served process on Innovate.

4.     On May 11, 2018, Innovate served its Motion for Extension of Time to Serve Response to Complaint (Doc. 7).

CASE NO.:  6:18-CV-00595-ORL-40TBS

5.      On May 15, 2018, the Court entered an Order granting Innovate's Motion (Doc. 10).

6.      The parties through counsel are discussing the underlying facts of this matter and a possible resolution or alternate forum that could conserve judicial economy.   Therefore, Innovate seeks a ten (10) day extension of time to respond to the Complaint in order to complete these efforts.

7.      Innovate submits that this Motion is not filed for purposes of delay and the Plaintiff will not be prejudiced by this requested extension of time.

### Memorandum of Law

Pursuant to Rule 6(b)(1)(A) of the *Federal Rules of Civil Procedure*, "[W]hen an act may or must be done within a specified time, the court may, for good cause extend the time: with or without motion or notice if the court acts, or if a request is made before the original time or its extension expires."  Here, Innovate submits that there is a good faith basis for an extension of ten (10) days to serve a response to the Complaint.  Blankenship consents to the requested relief.

Wherefore, Defendant, Innovate Loan Servicing Corporation, respectfully requests the Court enter an order granting it an extension of time through and including June 10, 2018 to file and serve a response to the Complaint and Jury Demand of Plaintiff, Stuart Blankenship, and for such further relief as this Court deems just and proper.

Dated this 31st day of May, 2018.

/s/ F. Lee Morrison
F. Lee Morrison

CASE NO.:  6:18-CV-00595-ORL-40TBS

### Certificate of Good Faith Conference

Pursuant to Local Rule 3.01(g), the undersigned certifies that on May 31, 2018 I conferred via telephone with Jason Derry, Esq., counsel for Plaintiff, Stuart Blankenship, and Mr. Derry has no objection to the relief requested herein.

/s/ F. Lee Morrison
F. Lee Morrison
Florida Bar No.:  0629251
lmorrison@southmilhausen.com
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801
Telephone: (407) 539-1638
Facsimile:  (407) 539-2679
*Attorneys for Defendant, Innovate Loan Servicing Corporation*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ F. Lee Morrison
F. Lee Morrison

3