UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STUART BLANKENSHIP,

   Plaintiff,

-vs-                                      CASE NO.:  6:18-CV-00595-PGB-TBS

INNOVATE LOAN SERVICING
CORPORATION,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Stuart Blankenship, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  F. Lee Morrison, South Milhausen, P.A., Gateway Center 1000 Legion Place  Ste 1200, Orlando, FL  32801 (lmorrison@southmilhausen.com).

                                   */s/ Jason R. Derry, Esquire*
                                   Jason R. Derry, Esquire
                                   Florida Bar No.: 0036970
                                   Morgan & Morgan, Tampa, P.A.
                                   One Tampa City Center
                                   201 North Franklin Street, 7th Floor
                                   Tampa, FL 33602
                                   Telephone: (813) 223-5505
                                   Facsimile:  (813) 257-0577
                                   jderry@ForThePeople.com
                                   jkneeland@ForThePeople.com
                                   *Attorney for Plaintiff*